UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLA MALL,

        Plaintiff,

v.

AMERICAN HONDA MOTOR CO.

        Defendant.
_____/

CIVIL ACTION NO. 06-12332

DISTRICT JUDGE BERNARD A. FRIEDMAN

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER GRANTING DEFENDANT'S MOTION
## TO AMEND SCHEDULING ORDER

Defendant's Motion to Amend the Amendment to Scheduling Order was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on March 27, 2007.

By separate Order on this date, the court has granted in part Defendant's Motion to Strike Plaintiff's Expert Witnesses. The ruling is premised upon Plaintiff's failure to provide a written expert report within the time required by the court's Amended Scheduling Order. The instant motion observes that the Defendant's obligation to produce its own expert reports was scheduled by reference to the date of the submission of Plaintiff's report. As Plaintiff failed to provide such reports, Defendant requests that the Scheduling Order be further amended to provide for the submission of written reports by defense experts within thirty (30) days of the date of the court's ruling on the Motion to Strike. Having reviewed the written submissions of the parties, and having heard the arguments of counsel, I find that Defendant's request is reasonable under these circumstances.

IT IS THEREFORE ORDERED that Defendant shall produce to Plaintiff's counsel the written reports of defense expert witnesses on or before June 14, 2007. Plaintiff may depose such expert witnesses within thirty (30) days after the service of their reports.

        s/Donald A. Scheer
        DONALD A. SCHEER
        UNITED STATES MAGISTRATE JUDGE

DATED: May 17, 2007

_____

### CERTIFICATE OF SERVICE

I hereby certify on May 17, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 17, 2007. **None.**

        s/Michael E. Lang
        Deputy Clerk to
        Magistrate Judge Donald A. Scheer
        (313) 234-5217